UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-60574-CIV-MORENO

ROSE CHARLAP,

    Plaintiff,

vs.

PNC BANK, N.A., and PNC INVESTMENTS, LLC,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Defendants' Motion to Consolidate **(D.E 19)**, filed on **October 12, 2018**.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. On **May 10, 2018**, the Court received notice that Plaintiff passed away. **(D.E. 15.)** On **August 8, 2018**, the Court granted Plaintiff's Motion to Extend Deadline to Substitute and stayed the case until a personal representative for the Plaintiff's estate was appointed. **(D.E. 18.)** Defendants' instant motion informs the Court the personal representative for the Plaintiff in the underlying action filed a nearly identical complaint against the same Defendants, and that case is currently pending before the Honorable Jose E. Martinez (Case Number 18-cv-22974-JEM). According, it is

**ADJUDGED** that the Defendants' Motion is **DENIED** and this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P.

41(a)(1)(A)(i). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of October 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record