UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-60574-CIV-MORENO**

ROSE CHARLAP,

    Plaintiff,

vs.

PNC BANK, N.A., and PNC INVESTMENTS, LLC,

    Defendant.
_____/

### ORDER DENYING MOTIONS

THIS CAUSE came before the Court upon the Defendants' Motion to Consolidate **(D.E. 19)**, filed on **October 12, 2018**, and the Plaintiff's Unopposed Motion for Reconsideration and to Vacate Order of Dimissial **(D.E. 21)**, filed on **November 1, 2018**.

THE COURT has considered the motions, the pertinent portions of the record, and is otherwise fully advised in the premises. In light of the Court's Order in *Fisher v. PNC Bank N.A., et al* **(D.E. 15 in Case Number 18-22974-CIV-MORENO)** granting Plaintiff Diane Fisher leave to amend her complaint to join the claims of Plaintiff Rose Charlap, through her estate or personal representative, it is

**ADJUDGED** that the motions are DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___6th___ of November 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record